UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDNA RILEY, | § | |
|     *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-13-1587 |
| | § | |
| AZER TEXAS LLC d/b/a AUTOZONE, | § | |
|     *Defendant*. | § | |

## ORDER

Pending before the court is defendant's motion to compel arbitration and for stay of related proceedings. Dkt. 12. The plaintiff has represented to the court that the motion is unopposed. Dkt. 19. Accordingly, defendant's motion (Dkt. 12) is **GRANTED**.

It is therefore **ORDERED** that plaintiff's claim of negligence shall be severed and arbitrated in accordance with plaintiff and defendant's agreement to arbitrate, as set forth in the Summary Plan Description for the AZTEX Advantage: AutoZone Texas Occupational Injury Benefit Plan, effective August 1, 2005 and revised as of February 1, 2011.

It is further **ORDERED** that, under the court's inherent authority to manage its docket, this entire action is **STAYED** and **ADMINISTRATIVELY CLOSED** pending the conclusion of arbitration proceedings. The parties may later move to reinstate this case on the court's active docket as deemed appropriate. A copy of this order shall be attached as an exhibit to any motion to reinstate.

It is further **ORDERED** that plaintiff counsel's motion to withdraw (Dkt. 14) is **DENIED**.

Signed at Houston, Texas on January 28, 2014.

_____
Gray H. Miller
United States District Judge